**BOGARDUS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant.** (Supreme

Court, Appellate Division, First Department. November 25, 1904.) Action by Ellen J. Bogardus against the Metropolitan Street Railway Company. J. P. Cotton, for appellant. J. A. Douglas, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment entered, including costs, etc., to the sum of $4,233.87, in which event, judgment as so reduced, and order appealed from, affirmed, without costs.